**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ROBERT GERZANICK, KENNETH WATKINS, ON THEIR OWN BEHALF AND ON BEHALF OF OTHERS SIMILARLY SITUATED,**

          **Plaintiffs,**

**-vs-**　　　　　　　　　　　　　　　　　　　**Case No. 6:11-cv-791-Orl-28KRS**

**SUPERIOR AIRCRAFT SERVICES, INC., MILTON SLAUGHTER, DONALD CALDER,**

          **Defendants.**
_____

# ORDER

This case is before the Court on the Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. No. 37) filed August 26, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record, and consideration of the Joint Notice of No Objection to the Report and Recommendation (Doc. No. 39), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.   That the Report and Recommendation filed September 2, 2011 (Doc. No. 38) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.   The Joint Motion for Approval of Settlement and Dismissal is **GRANTED in part.**

3.   The Court finds that the settlement is a fair and reasonable resolution of a bona fide dispute over Fair Labor Standard Act provisions.

4.   Counsel for Plaintiffs is prohibited from withholding any portion of each amount payable to Plaintiffs and opt-in Plaintiffs under the settlement agreements pursuant to a contingent fee agreement or otherwise.

5.   Counsel for Plaintiffs shall provide a copy of this Order to Plaintiffs and opt-in Plaintiffs.

6.   The Court declines to reserve jurisdiction to enforce the settlement agreements.

7.   This case is dismissed with prejudice.

8.   The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 13th day of September, 2011.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party